Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

Michael S. Kraut
Partner
212.309.6927
mkraut@MorganLewis.com

# Morgan Lewis
COUNSELORS AT LAW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 15 MAR 2011
```

March 10, 2011

**VIA ELECTRONIC MAIL**

The Hon. Paul A. Crotty
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

The Clerk of Court is directed to terminate this case, without prejudice, for lack of jurisdiction.

SO ORDERED:  15 MAR 2011

*/s/ Paul Crotty/*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   *U.S. Bank National Association, Cayman Island Branch, as Trustee, v. Citigroup Global Mkt. Inc., et al.*; No. 11-CIV-0125 (PAC)

Dear Judge Crotty:

Pursuant to the Court's March 3, 2011 Order, Plaintiff U.S. Bank National Association, Cayman Island Branch, as trustee, writes to inform the Court that it has no additional points to raise concerning the basis of this Court's jurisdiction beyond those that it raised during the March 3, 2011 conference. Should the Court choose to dismiss the action for lack of jurisdiction, Plaintiff respectfully requests the Court do so without prejudice in case a dispute on these issues surfaces in the future.

Respectfully submitted,

*/s/ Michael Kraut/*

Michael S. Kraut
*Counsel for Plaintiff*

cc:   Claudia Hammerman, Esq.; Counsel for Citigroup Global Markets, Inc. and Citigroup Global
        Markets Limited (via electronic mail)
      Eric P. Heichel, Esq.; Counsel for Cede & Co. (via electronic mail)